WALLACE *v.* DUNNING *et al.*

Where a complainant parted with his interest in a mortgage before answer, it was held a good objection to the suit.

BILL to foreclose a mortgage.

Before answer, and after filing his bill, complainant assigned all his interest in the mortgage, and defendant put in a plea stating that fact.

*O. D. Richardson,* in support of the plea.

*M. L. Drake,* contra.

THE CHANCELLOR. The plea must be allowed. The complainant has put himself out of Court, by parting with his interest in the mortgage. Defendant has a right to object that the party in interest is not before the Court. *Mills* v. *Hoag,* 7 *Paige R.* 18; *Field* v. *Maghee,* 5 *Paige R.* 539.